3RD DISTRICT COURT
SALT LAKE COUNTY, STATE OF UTAH


DOMO INC vs. ONELIVE LLC DBA ONE LIVE MEDIA
CASE NUMBER 210900789 Contracts

---

CURRENT ASSIGNED JUDGE
        JAMES GARDNER


PARTIES
        Plaintiff - DOMO INC
        Represented by: COLE CANNON


        Defendant - ONELIVE LLC DBA ONE LIVE MEDIA



ACCOUNT SUMMARY
                Total Revenue Amount Due:        375.00
                            Amount Paid:        375.00
                        Amount Credit:          0.00
                            Balance:            0.00
        REVENUE DETAIL - TYPE: COMPLAINT 10K-MORE
                    Original Amount Due:        375.00
                    Amended Amount Due:         375.00
                        Amount Paid:            375.00
                    Amount Credit:              0.00
                            Balance:            0.00



CASE NOTE



PROCEEDINGS
02-10-2021  Filed: Complaint
02-10-2021  Case filed by efiler
02-10-2021  Fee Account created Total Due: 375.00
02-10-2021  Fee Account created
02-10-2021  COMPLAINT 10K-MORE  375.00
02-10-2021  Judge JAMES GARDNER assigned.
02-10-2021  Note: discovery tier set to 2
02-10-2021  Filed: Return of Electronic Notification
03-30-2021  Filed: : Exhibit 1 to Notice of Filing of Notice of Removal in
            the United States District Court of Utah
03-30-2021  Filed: Notice of Filing of Notice of Removal in the United
            States District Court of Utah
03-30-2021  Filed: Return of Electronic Notification
03-30-2021  Case Disposition is Removed Fed Court
            Disposition Judge is JAMES GARDNER